FILED
MAR 1 - 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:06CR62-WHA |
| v. | ) | [18 USC § 922(g)(1); |
| | ) | 18 USC § 922(i); |
| | ) | 18 USC § 922(j)] |
| MICHAEL ANTHONY SHEFFIELD | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 2, 2004, in Montgomery County, within the Middle District of Alabama, the defendant,

MICHAEL ANTHONY SHEFFIELD,

having been convicted of the following felonies under the laws of the State of Georgia, for which he was sentenced to serve a term of imprisonment in excess of one year, to-wit:

| DATE | CASE NO. | OFFENSE | COURT |
|---|---|---|---|
| April 5, 1991 | 91-543 | Forgery First Degree (2 Counts) | In the Superior Court of Douglas County Georgia |
| July 1, 1981 | 81-287 | Armed Robbery | In the Superior Court of Douglas County Georgia |

did thereafter knowingly possess in and affecting commerce the following firearms, to-wit:

- A.  Marlin, Model Glenfield 60, .22 Caliber Rifle, serial number 25433828;
- B.  Sears, Model 25, .22 Caliber Rifle, serial number 5832501;
- C.  Marlin, Model 30AW, 30-30 Caliber Rifle, serial number 04089694;
- D.  Harrington and Richardson, Model Topper, 20 Ga. Shotgun, serial number BA 530879;
- E.  Harrington and Richardson, Model Topper, .410 Ga. Shotgun, serial number 181661;
- F.  Central Arms, Model D, .16 Ga. Shotgun, serial number T873476;

    G.      Sportsman, Model Sportsman 74 Auto. 30-06 Rifle, serial number 8302853;
    H.      JC Higgins, Model 101.1, 12 Ga. Shotgun, no serial number;
    I.       Revelation, Model 356, 20 Ga. Shotgun, serial number P603683;
    J.       Westpoint Limited Edition, Model GA22, .22 Caliber Rifle, serial number 11200495;
    K.      Model M1 Carbine, serial number 4110520;
    L.       Remington, Model Sportsman 58, 12 ga. Shotgun, serial number 58197V; and
    M.     Remington, 30-30 Rifle, serial number 266993.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about November 2, 2004, in Montgomery County, within the Middle District of Alabama, the defendant,

**MICHAEL ANTHONY SHEFFIELD,**

did knowingly transport and ship in interstate commerce, from Georgia to Alabama, the following stolen firearms, knowing and having reasonable cause to know that the firearms were stolen,

    A.      Marlin, Model Glenfield 60, .22 Caliber Rifle, serial number 25433828;
    B.      Sears, Model 25, .22 Caliber Rifle, serial number 5832501;
    C.      Marlin, Model 30AW, 30-30 Caliber Rifle, serial number 04089694;
    D.      Harrington and Richardson, Model Topper, 20 Ga. Shotgun, serial number BA 530879;
    E.      Harrington and Richardson, Model Topper, .410 Ga. Shotgun, serial number 181661;
    F.       Central Arms, Model D, .16 Ga. Shotgun, serial number T873476;
    G.      Sportsman, Model Sportsman 74 Auto. 30-06 Rifle, serial number 8302853;
    H.      JC Higgins, Model 101.1, 12 Ga. Shotgun, no serial number;
    I.       Revelation, Model 356, 20 Ga. Shotgun, serial number P603683;
    J.       Westpoint Limited Edition, Model GA22, .22 Caliber Rifle, serial number 11200495;
    K.      Model M1 Carbine, serial number 4110520;
    L.       Remington, Model Sportsman 58, 12 ga. Shotgun, serial number 58197V; and
    M.     Remington, 30-30 Rifle, serial number 266993.

All in violation of Title 18, United States Code, Section 922(i), and 924(a)(2).

<u>COUNT 3</u>

On or about November 2, 2004, in Montgomery County, within the Middle District of Alabama, the defendant,

MICHAEL ANTHONY SHEFFIELD,

did knowingly receive, possess and conceal, the following stolen firearms that had been shipped and transported in interstate commerce, before or after being stolen, knowing and having reasonable cause to believe that the firearms were stolen:

A. Marlin, Model Glenfield 60, .22 Caliber Rifle, serial number 25433828;
B. Sears, Model 25, .22 Caliber Rifle, serial number 5832501;
C. Marlin, Model 30AW, 30-30 Caliber Rifle, serial number 04089694;
D. Harrington and Richardson, Model Topper, 20 Ga. Shotgun, serial number BA 530879;
E. Harrington and Richardson, Model Topper, .410 Ga. Shotgun, serial number 181661;
F. Central Arms, Model D, .16 Ga. Shotgun, serial number T873476;
G. Sportsman, Model Sportsman 74 Auto. 30-06 Rifle, serial number 8302853;
H. JC Higgins, Model 101.1, 12 Ga. Shotgun, no serial number;
I. Revelation, Model 356, 20 Ga. Shotgun, serial number P603683;
J. Westpoint Limited Edition, Model GA22, .22 Caliber Rifle, serial number 11200495;
K. Model M1 Carbine, serial number 4110520;
L. Remington, Model Sportsman 58, 12 ga. Shotgun, serial number 58197V; and
M. Remington, 30-30 Rifle, serial number 266993.

All in violation of Title 18, United States Code, Section 922(j), and 924(a)(2).

A TRUE BILL:

*[signature]*
Forepe rson

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney

3