AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

MICHAEL ANTHONY SHEFFIELD
9401 OLD PASCAGOULA ROAD
MOBILE, AL

Case
Number:    2:06CR62-WHA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL ANTHONY SHEFFIELD _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of  ☐ Probation    Supervised Release    Violation
                                                court      Violation      Violation Petition    Notice
                                                           Petition

charging him or her with   (brief description of offense)

FELON IN POSSESSION OF FIREARMS (1 ct.)
TRANSPORTING STOLEN FIREAERMS (1ct.)
RECEIVING STOLEN FIREARMS (1 ct.)

in violation of Title _____ 18 _____ United States Code, Section(s)  922(g) (1); 922(I) and 924(a)(2); 922(j) & 924(1)(2)

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK       March 2, 2006
                                                  DATE

CLERK OF COURT
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $   to be set at initial appearance _____     BY   U.S. MAGISTRATE JUDGE

                                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |