IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.   2:06cr62-WHA |
| ) | |
| MICHAEL ANTHONY SHEFFIELD ) | |

O R D E R

Upon consideration of the *Motion for Writ of Habeas Corpus Ad Prosequendum* (Doc. 4, filed May 5, 2006), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Douglas County Jail, Douglasville, Georgia, commanding him to deliver the said Michael Anthony Sheffield, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on June 28, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 5th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE