| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: June 28, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:05 - 10:18 |

√ **ARRAIGNMENT**   ☐ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr62WHA-DRB   **DEFENDANT NAME:** Michael Anthony Sheffield
**AUSA:** Tommie Hardwick   **DEFENDANT ATTORNEY:** Sam Walker

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ **Not Guilty**
☐ **Guilty as to:**
☐ **Count(s):**
☐ **Count(s):**   ☐ dismissed on oral motion of USA
☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:** 8/7/06   ☐ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE: 6/28/06**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel