# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern   ☐ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 7-17-2006 | @ 10:29 ☒ a.m. ☐ p.m |
| DATE COMPLETED 7-17-2006 | @ 10:54 ☒ a.m. ☐ p.m |

CASE NO. 2:06CR62-WHA

UNITED STATES OF AMERICA    VS.    MICHAEL ANTHONY SHEFFIELD
*Plaintiff(s)*                      *Defendant(s)*

## APPEARANCES

*Plaintiff(s)/Government*
Tommie Hardwick

*Defendant(s)*
Jennifer Hart

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference    ☐ Oral Argument    ☐ Evidentiary Hrg.
☐ Revocation    ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.    ☐ Sentencing
☐ Non-Jury Trial    ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☒ Pretrial Conference

Pending Motions: None
Discovery Status: ___   Plea Status: ___
Trial Status/Length: 1 Day   Trial Term: 8-7-06