MEMORANDUM

To: Sgt. R. L. Wallace # 434

From: Cpl. K. D. Palmer # 890

Date: November 3, 2004

Re: Arrest of W/M Michael Anthony Sheffield

On November 2, 2004 at approximately 1100 hrs, I witnessed a White Toyota Corolla pulling away from 1621A Pauline Street, which is a known drug distribution residence. Concerned citizens who live in the area have tipped us on the activity that has been continuous for an uncertain amount of time. The drug activity has been noted by myself and Ofc. B. D. Bass # 903 for several weeks, and we have spoken to several habitual drug users who have confirmed that the residence does in fact distribute narcotics. As I witnessed the White Corolla pull away from the residence, I noted that an unknown W/M was in control of the vehicle and he waited for me to drive away from the location before pulling out onto Lower Wetumpka Road. The White Corolla began to travel South on Lower Wetumpka Rd. which was the same direction I was traveling. I pulled over to the right hand shoulder and waited for the Corolla to pass by me so I could read the license plate. As the vehicle passed, I noticed that the license plate was from Mobile County. The plate read as 2C1499C and came back to an unknown W/F. I decided to make a traffic stop on the vehicle due to his location at the known drug house. The vehicle was stopped at 1540 N. Ripley Street in front of Waldrip's wrecker service. As I approached the vehicle and began to speak with the driver, I noticed what appeared to be a detached wooden rifle or shotgun stock on the rear floorboard of the vehicle. I also could plainly see some pieces of copper mesh on the front passenger side floorboard, and several small boxes and alcoholic beverages on the rear passenger side floor. The driver was asked for his driver's license and proof of insurance, and I explained to him the reason for the stop. The driver was identified as W/M Michael Anthony Sheffield 34 YOA of Mobile, Alabama. Mr. Sheffield explained to me that he did not have a driver's license and that the vehicle was not his and he did not know if the vehicle had insurance. After a check with NCIC, I noted that Mr. Sheffield did in fact not have a valid driver's license. Mr. Sheffield was issued a citation for driving without first obtaining a driver' license, and for not having proof of liability insurance. As I approached Mr. Sheffield again to explain to him my actions, I asked him to step out of the vehicle and to walk to the rear so I could speak with him. I performed a Terry frisk for any weapons, and determined that Mr. Sheffield did not have any dangerous instruments. I stated to Mr. Sheffield that before placing him back inside the vehicle, I would perform a Wing Span Search of the immediate driver's area. He understood, and I asked him to sit in my patrol car for my

safety since I was a solo unit. He did politely and I looked under the driver's seat first and located an empty pistol soft case. I removed the case and also retrieved the copper mesh from the floorboard. At this time Ofc. B. D. Bass # 903 had arrived and was speaking to Mr. Sheffield. I walked back to the patrol car and asked Mr. Sheffield the whereabouts of the missing pistol. He appeared to become extremely nervous of the questions, and could not explain the reason for the pistol case nor the copper mesh. I then asked Mr. Sheffield if he would mind if I looked further than just the seat and the floorboard. He stated that it was not his car, but I explained that since he was in control of the vehicle, he was in a position to give consent. He concurred and I had him step up to the vehicle to witness the search. When asked to open the trunk, Mr. Sheffield wanted me to use the keys to open the trunk. I asked Mr. Sheffield to open the trunk so I could stand back as not to be in front of him with my back to him. He did in fact actually open the trunk and when he did, I noted approximately 15 assorted rifles and shotguns. A couple of the guns still had price tags attached. At that moment I decided to place Mr. Sheffield back inside my patrol car, and I called for a supervisor and property detectives to respond to the scene. On the scene, Ofc. L. K. Pelham unit 429 of the Detective Division advised that we would transport Mr. Sheffield and the property for further questioning. After an extensive investigation, it was determined that at least two of the weapons had been reported stolen. It was also found that Mr. Sheffield is an ex-felon who is forbidden to possess firearms. After further questioning by the detectives, Mr. Sheffield confessed to burglarizing his father's residence in Georgia, and stealing at least 32 long guns and pistols. The Montgomery Police Department's Detective Division contacted the A.T.F and the Alabama I.C.E investigators in reference to the case. Mr. Sheffield confessed to selling some of the weapons in Wetumpka, Alabama and Det. Jeff Walker located at least one of the guns sold. Mr. Sheffield was consequently charged with Receiving Stolen Property 1st and pending investigation of Burglary in Georgia. He also faces charges of the Alabama I.C.E. program pending investigation.

Cpl. K. D. Palmer # 890