IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr62-WHA |
| ) | |
| MICHAEL ANTHONY SHEFFIELD ) | |

## MOTION TO FILE SUPPRESSION MOTION OUT OF TIME

COMES NOW the Defendant, Michael Sheffield, by and through undersigned counsel, and hereby files his motion to file suppression motion out of time. In support of this motion, Mr. Sheffield, states as follows:

Pretrial motions were due on July 12, 2006. During the course of reviewing discovery, Defense Counsel discovered that, based on the police reports concerning the November 2004 traffic stop of Michael Sheffield and the seizure of numerous firearms from his vehicle, the stop and subsequent seizure of firearms may have been unconstitutional. The reports did not establish a legitimate basis for the stop. However, also provided in discovery were two reports prepared by the case agent in this case, ATF Agent Sybil Hall-McNeil summarizing telephone interviews she had conducted with the officers involved in Mr. Sheffield's arrest in January of 2006. According to those reports, Mr. Sheffield was stopped because the arresting officer had witnessed a drug transaction take place. If true, Mr. Sheffield concedes that the officer would have possessed reasonable suspicion to stop the car.

However, undersigned counsel was unable to confirm this information prior to the motions deadline. Neither of the officers involved in the arrest are still employed by the Montgomery Police Department and administrative personnel at the Department were unable to provide current addresses

or phone numbers. Also, although the officers claimed in the 2006 interviews that they had negotiated a "deal" with Mr. Sheffield to drop the drug charges if he admitted to the possession of firearms, a transcript of the interview of Mr. Sheffield does not reference this alleged "deal."

During the pretrial conference on January 17, 2006, undersigned counsel advised the Court that a motion to suppress might be warranted, but that counsel wanted to interview the officers and review a tape of the interview of Mr. Sheffield before alleging that the officers had conducted an illegal search and seizure. The Court correctly noted that counsel should have filed a motion to file pretrial motions out of time by the original deadline.

However, the Court also asked the Government to produce a tape of the interview of Mr. Sheffield and to provide counsel with current addresses for the officers involved by the end of the following day. On January 18, Counsel for the Government advised that the tape of the interview no longer existed. The Government also provided what it believed to be current addresses for the officers. On July 19, 2006, after a difficult attempt to contact the officers, counsel was able to speak by telephone with each of them, although one of the addresses proved to be incorrect. The officers provided undersigned counsel with inconsistent accounts of what prompted the stop of Michael Sheffield in November of 2004.

After interviewing these officers, Mr. Sheffield believes that the suppression motion, filed contemporaneously with this motion, in not without merit, but that the Court will need to conduct an evidentiary hearing to determine all of the facts necessary to adequately rule on the Motion. Because this case is scheduled for trial on August 7, 2006, and because the Court cannot effectively consider and rule on such a motion prior to that date, Mr. Sheffield has executed a Waiver of Speedy Trial and will file a Motion to Continue the Trial today.

WHEREFORE, for the reasons set forth above, Mr. Sheffield requests that this court grant

this motion to file out of time the pretrial suppression motion filed contemporaneously herewith, and set the matter of the suppression for an evidentiary hearing.

    Dated this 20th day of July 2006.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189