IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr062-WHA |
| MICHAEL ANTHONY SHEFFIELD | ) | |

## ORDER

Upon consideration of the Motion to File Suppression Motion Out of Time (Doc. #15), filed by the Defendant on July 20, 2006, it is hereby

ORDERED that the United States show cause, if any there be, **on or before the close of business on July 24, 2006**, why this motion should not be granted.

DONE this 20th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE