IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr62-WHA |
| ) | |
| MICHAEL ANTHONY SHEFFIELD ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Michael Anthony Sheffield, by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§ 3161(h)(1)(f) and 3161(h)(8)(B)(i), respectfully moves this Court to continue the trial of this matter past the currently scheduled August 7, 2006 trial term. In support of this Motion, Defendant would show the following:

1. Mr. Sheffield filed a Motion to Suppress evidence in this case on July 20, 2006. The motion is based on Mr. Sheffield's belief that the police officer who conducted the traffic stop (which resulted in the seizure of 16 firearms), had neither reasonable suspicion to detain him nor probable cause to search the trunk of his car. If Mr. Sheffield prevails on the Motion, the case against him will be due to be dismissed. Mr. Sheffield has requested an evidentiary hearing on the motion.

2. This requested continuance is sought to allow careful consideration and resolution of Defendant's pending motion to suppress prior to a trial of this matter.

3. Mr. Sheffield has no objection to the requested continuance, and a waiver of speedy is filed contemporaneously with this motion.

4. The United States, through Assistant United States Attorney Tommie Hardwick, has

no opposition to the requested continuance.[1]

5.  Requests for a continuance are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(I) of the Speedy Trial Act, if it is in the interest of justice, this Court has the authority to continue trial pending resolution of pretrial motions.

**WHEREFORE**, Mr. Sheffield respectfully requests that this Motion be granted and the trial in this matter be continued from the August 7, 2006 trial term.

Dated this 20th day of July 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

---

[1] Although the Government does not oppose a continuation of the trial in this matter, that lack of opposition to this motion should not be construed as a concession by the Government that the Court should hear Mr. Sheffield's motion to suppress which was filed outside the preset date for filing pretrial motions.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr62-WHA |
| ) | |
| MICHAEL ANTHONY SHEFFIELD ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, **MICHAEL ANTHONY SHEFFIELD,** after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the August 7, 2006 trial term.

_____
MICHAEL ANTHONY SHEFFIELD