IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr062-WHA |
| MICHAEL ANTHONY SHEFFIELD ) | |

**<u>ORDER</u>**

This case is before the court on the Defendant's Motion for Leave to File Suppression Motion Out of Time (Doc. #15) and Unopposed Motion to Continue Trial (Doc. #17).

In view of the Response of the United States (Doc. #18) advising the court that it does not object to the court accepting the Defendant's Motion to Suppress out of time, it is hereby

ORDERED that the Motion for Leave to File Suppression Motion Out of Time is GRANTED, and the Motion to Suppress (Doc. #14) is allowed to be filed.

As to the Unopposed Motion to Continue Trial, the Defendant has filed a written Waiver of Speedy Trial, and the United States does not oppose the continuance. For the reason that additional time is needed to resolve the Defendant's Motion to Suppress, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing August 7, 2006, to the term of court commencing October 24, 2006.

While the court has allowed this Motion to Suppress to be filed out of time, counsel for the Defendant is cautioned to scrupulously comply in the future with all deadlines set by the court. It is important to the orderly disposition of cases that defense counsel comply with the

deadline for filing all pretrial motions, including motions to suppress.  Any difficulty in doing so in the future must be raised by a motion for extension of time, with good cause shown, filed before the expiration of the deadline.

    DONE this 24th day of July, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE