IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:06cr62-WHA |
| ) | |
| MICHAEL ANTHONY SHEFFIELD ) | |

## **ORDER**

Upon notice of the continuance of this case from the scheduled trial term on August 7, 2006, and the granting of Defendant's *Motion to File Suppression Motion Out of Time* (Doc. 15, filed July 20, 2006), it is

**ORDERED** that counsel appear in District Courtroom 4A at **9:45 a.m. on Wednesday, July 26, 2006**, with their calendars and otherwise prepared to schedule an evidentiary hearing on Defendant's suppression motion. Counsel are advised to ascertain prior to this scheduling conference the availability of any necessary witnesses for a hearing at 10:00 a.m. on August 28, 29, or 30, 2006.

Done this 24th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE